| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Allan S. Williams 176738<br>21650 Oxnard Street, Suite 1910<br>Woodland Hills, CA 91367<br>818-451-1111 Fax: 818-451-1112<br>176738 CA<br>allan@aswlawgroup.com | |

☐ Individual appearing without attorney
☑ Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

Nagesh Reddy Adduri
Vijayalakshmi Chirasani

CASE NO.: 2:18-bk-22901-BR

CHAPTER: 7

**SUMMARY OF AMENDED SCHEDULES,**
**MASTER MAILING LIST,**
**AND/OR STATEMENTS**
**[LBR 1007-1(c)]**

Debtor(s)

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☑ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G

☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)    ☐ Statement of Intentions    ☐ Master Mailing List

☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 2/25/19

_____
Nagesh Reddy Adduri
Debtor 1 Signature

_____
Vijayalakshmi Chirasani
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                Page 1                F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Nagesh Reddy Adduri | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Vijayalakshmi Chirasani | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | 2:18-bk-22901 | | |
| (if known) | | | |

■ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 27236 Golden Willow Way Canyon Country, CA 91387  Los Angeles County<br>Primary residence located at 27236 Golden Willow Way, Canyon Country, CA  91387.  The Fair Market Value is $750,000 based on a broker opinion.<br>Line from *Schedule A/B*: 1.1 | $750,000.00 | ■     $100,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| 2005 Honda Odyssey 85,000 miles 2005 Honda Odyssey EX Minivan 4D with approx. 85,000 miles (there are issues with this vehicle: shocks are leaking, timing belt needs to be replaced and back seat is broken) Debtor has not driven this vehicle in almost 1<br>Line from *Schedule A/B*: 3.2 | $4,370.00 | ■     $82.51<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| Misc. household goods, furnishings etc.<br>Line from *Schedule A/B*: 6.1 | $1,600.00 | ■     $1,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1  Nagesh Reddy Adduri
Debtor 2  Vijayalakshmi Chirasani

Case number (if known)    2:18-bk-22901

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Misc. household electronics, appliances, cell phones etc.<br>Line from *Schedule A/B*: 7.1 | $2,000.00 | ■ | $2,000.00 | C.C.P. § 704.020 |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| Clothing<br>Line from *Schedule A/B*: 11.1 | $500.00 | ■ | $500.00 | C.C.P. § 704.020 |
| | | ☐ 100% of fair market value; up to any applicable statutory limit | | |
| Misc. Jewelry<br>Line from *Schedule A/B*: 12.1 | $1,200.00 | ■ | $1,200.00 | C.C.P. § 704.040 |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| Checking Account: US Bank<br>Line from *Schedule A/B*: 17.1 | $400.00 | ■ | 75% | C.C.P. § 704.070 |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| 401(k): Vanguard<br>Line from *Schedule A/B*: 21.1 | $170,000.00 | ■ | $170,000.00 | C.C.P. § 704.115(a)(1) & (2), (b) |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |

3.  Are you claiming a homestead exemption of more than $160,375?
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

■  No

☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐  No

    ☐  Yes

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**21650 Oxnard Street, Suite 1910
Woodland Hills, CA 91367**

A true and correct copy of the foregoing document entitled (*specify*): __**Summary of Amended Schedules, Master
Mailing List, and or Statements**__ will be served or was served **(a)** on the judge in chambers in the form and manner
required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
2/25/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jason M Rund (TR)
trustee@srlawyers.com, jrund@ecf.epiqsystems.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Allan S Williams on behalf of Debtor Nagesh Reddy Adduri
allan@aswlawgroup.com

Allan S Williams on behalf of Joint Debtor Vijayalakshmi Chirasani
allan@aswlawgroup.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) ____, I served the following persons and/or entities at the last known
addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/25/2019 | Allan S. Williams 176738 | | |
|---|---|---|---|
| Date | Printed Name | Signature | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.